USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEJANDRO ROJAS MARTINEZ, ASUNCION ALBINO CASTILLO, BRAULIO MORENO FLORES, ANTONIO QUIRINO RUIZ, and OBED DOMINGUEZ GARCIA, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

v.

EAST SIDE PIZZA CORP. (d/b/a LA MIA PIZZA), PERFECTO PIZZERIA CORPORATION (d/b/a LUNETTA PIZZA), MIDTOWN PIZZA CORP. (d/b/a LA VERA PIZZA), 52 ST PIZZA CORP. (d/b/a LITTLE ROMA), RICHARD (a.k.a RICHIE) ATTIA, HESHAM M. ATTIA, ABDELLATIF MAHMOUD, and KHAIR MUHANA,

                Defendants.

No. 21-CV-5335 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      By Order dated September 2, 2021, the Court referred this matter to mediation. *See* Dkt. 30. The Court has been informed that two mediation conferences have since been held. The parties shall submit an update on the outcome of mediation on or before March 4, 2022.

SO ORDERED.

Dated:     February 25, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge