UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  05/06/2022
```

ALEJANDRO ROJAS MARTINEZ,
ASUNCION ALBINO CASTILLO,
BRAULIO MORENO FLORES, ANTONIO
QUIRINO RUIZ, and OBED DOMNIGUEZ
GARCIA, *each individually and on behalf of
all others similarly situated*,

                    Plaintiffs,

              v.

EAST SIDE PIZZA CORP. d/b/a LA MIA
PIZZA, PERFECTO PIZZERIA CORP. d/b/a
LUNETTA PIZZA, MIDTOWN PIZZA
CORP. d/b/a LA VERA PIZZA, 52 ST
PIZZA CORP. d/b/a LITTLE ROMA,
RICHARD ATTIA, HESHAM M. ATTIA,
ABDELLATIF MAHMOUD, and KHAIR
MUHANA,

                    Defendants.

No.  21-CV-5335 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this Fair Labor Standards Act ("FLSA") case has been settled in principle.  No later than June 3, 2022, the parties shall take one of the following two actions:

1.  Consent to conducting all further proceedings before Magistrate Judge Parker by completing the attached consent form, which is also available at http://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.  As the form indicates, no adverse substantive consequences will arise if the parties choose not to proceed before Judge Parker.

2.  Submit a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved, accompanied by all necessary supporting materials, including contemporaneous billing records for the attorney's fees and costs provided for in the settlement agreement.  In light of the presumption of public access attaching to "judicial documents," *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), the parties are advised that materials on which the Court relies in making its fairness determination will be placed on the public docket, *see Wolinsky v. Scholastic Inc.*, No. 11-CV-5917 (JMF), 2012 WL 2700381, at *3–7 (S.D.N.Y. July 5, 2012).

The parties are advised, however, that the Court will not approve of settlement agreements in which:

(a)  Plaintiffs "waive practically any possible claim against the defendants, including unknown claims and claims that have no relationship whatsoever to wage-and-hour issues," *Gurung v. White Way Threading LLC*, 226 F. Supp. 3d 226, 228 (S.D.N.Y. 2016) (internal quotation marks omitted); and

(b)  Plaintiffs are "bar[red] from making any negative statement about the defendants," unless the settlement agreement "include[s] a carve-out for truthful statements about [P]laintiffs' experience litigating their case," *Lazaro-Garcia v. Sengupta Food Servs.*, No. 15 Civ. 4259 (RA), 2015 WL 9162701, at *3 (S.D.N.Y. Dec. 15, 2015) (internal quotation marks omitted).

SO ORDERED.

Dated:    May 6, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge

2