# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 1, 2022

**VIA ECF**
Hon. Ronnie Abrams  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

   Re: Alejandro Rojas Martinez, et al v. East Side Pizza Corp., et al  
     <u>Docket No.: 21-cv-05335 (RA)</u>

Your Honor:

  Our office represents Plaintiffs in the above-referenced matter. I write, jointly with defense counsel, to respectfully request the Court to grant the parties an extension of time to submit their settlement agreement ("agreement") for Court approval, from the current deadline of June 3, 2022 to June 17, 2022. This is the first request of its kind. The reason for the within request is that counsel for the parties need additional time to finalize the terms of the settlement agreement and then review same with our respective clients.

  The parties thank the Court for its time and consideration of this matter.

              Respectfully Submitted,

              <u>/s/ *William K. Oates*</u>  
              William K. Oates

cc: Michael K. Chong, Esq. (via ECF)

              Application granted.

              SO ORDERED.

              _____  
              Hon. Ronnie Abrams  
              06/02/2022