# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 17, 2022

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Alejandro Rojas Martinez, et al v. East Side Pizza Corp., et al
             Docket No.: 21-cv-05335 (RA)

Your Honor:

    Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request the Court to grant the parties an extension of time to submit their settlement agreement ("agreement") for Court approval, from the current deadline of today, June 17, 2022, to June 24, 2022. This is the second request of its kind. The Court granted the parties' first request. Defendants consent to the within request.

    The reason for this request is that, today, the undersigned noticed an error in the settlement agreement. Therefore, our office needs to correct the settlement agreement and then the agreement needs to be reviewed and signed.

    Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *William K. Oates*
William K. Oates

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/21/2022

cc:    Michael K. Chong, Esq. (via ECF)

*Certified as a minority-owned business in the State of New York*