# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510                    Telephone: (212) 317-1200
New York, New York 10165                      Facsimile: (212) 317-1620

June 24, 2022

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

         Re:     Alejandro Rojas Martinez, et al v. East Side Pizza Corp., et al
                    Docket No.: 21-cv-05335 (RA)

Your Honor:

      Our office represents Plaintiffs in the above-referenced matter. I write to respectfully request the Court to grant the parties an extension of time to submit their settlement agreement ("agreement") for Court approval, from the current deadline of today, June 24, 2022, to June 30, 2022. This is the third request of its kind. The Court granted the parties' first two requests. Defendants consent to the within request. Counsel for the parties revised their settlement agreement but are requesting additional time for their respective clients to review and sign same.

      Plaintiffs thank the Court for its time and consideration of this matter.

                                                          Respectfully Submitted,

                                                          /s/ *William K. Oates*
                                                          William K. Oates

cc:     Michael K. Chong, Esq. (via ECF)

                                                          Application granted.

                                                          SO ORDERED.

                                                          _____
                                                          Hon. Ronnie Abrams
                                                          06/28/2022